BENJAMIN B. WAGNER
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-00180-AWI |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| AUGUST DOMINIC DAVISON, | CURRENT DATE: September 8, 2015 |
| Defendant. | CURRENT TIME: 2:30 p.m. COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 8, 2015 at 2:30 p.m., and time was excluded pursuant to the Speedy Trial Act from July 17, 2015, through September 8, 2015.

2. By this stipulation, defendant now moves to continue the status conference until November 17, 2015, at 2:30 p.m. and to exclude time between September 8, 2015, and November 17, 2015, under the Speedy Trial Act, 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes hundreds of pages of reports and pleadings, thousands of photographs, numerous videos and several audio recordings. All of this discovery has been either produced directly to counsel

1  and/or made available for inspection and copying.

2        b)     Counsel for defendant desires additional time to review the current charges, to
3  review the discovery, to conduct research and investigation related to the charges and potential
4  pretrial motions, and to consult with his client.

5        c)     Counsel for defendant believes that failure to grant the above-requested
6  continuance would deny him/her the reasonable time necessary for effective preparation, taking
7  into account the exercise of due diligence.

8        d)     The government does not object to the continuance.

9        e)     Based on the above-stated findings, the ends of justice served by continuing the
10 case as requested outweigh the interest of the public and the defendant in a trial within the
11 original date prescribed by the Speedy Trial Act.

12       f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
13 *et seq.*, within which trial must commence, the time period of September 8, 2015 to November
14 17, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local
15 Code T4] because it results from a continuance granted by the Court at defendant's request on
16 the basis of the Court's finding that the ends of justice served by taking such action outweigh the
17 best interest of the public and the defendant in a speedy trial.

18    4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the
19 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

must commence.

      IT IS SO STIPULATED.

| Dated: September 1, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
|---|---|
| | /s/ ANGELA L. SCOTT<br>ANGELA L. SCOTT<br>Assistant United States Attorney |
| Dated: September 1, 2015 | /s/ JARED THOMPSON<br>JARED THOMPSON<br>Counsel for Defendant<br>August Dominic Davison |

### [~~PROPOSED~~] FINDINGS AND ORDER

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that the status conference, currently set for September 8, 2015, is hereby vacated and continued to November 17, 2015, at 2:30 p.m. It is further ORDERED that based upon the need of defense counsel to prepare and review discovery, good cause exists and the interests of the defendant and the public in a speedy trial are outweighed. Thus, the Court ORDERS the time period between September 8, 2015, and November 17, 2015, to be excluded from the calculation under the Speedy Trial Act pursuant to Local Codes T4.

IT IS SO ORDERED.

    Dated: __September 3, 2015__           __/s/ Jennifer L. Thurston__
                                                        UNITED STATES MAGISTRATE JUDGE