1  JARED M. THOMPSON (SBN 261942)
   THE LAW OFFICES OF KYLE J. HUMPHREY
2  2211 17th Street
   Bakersfield, CA 93301
3  (661) 327-1360 (phone)
   (661) 327-2942 (facsimile)
4
   Attorney for Defendant
5  AUGUST DAVISON

6

7

8                       UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | Case No. 1:15-cr-00180-DAD-BAM |
|----|---------------------------|---------------------------------|
| 12 | Plaintiff, | |
| 13 | v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| 14 | AUGUST DOMINIC DAVISON, | |
| 15 | Defendant. | |

16

17     The Defendant, AUGUST DAVISON, by and through his attorney of record, Jared M.

18  Thompson, and the United States of America, by and through its attorney of record, Angela Scott,

19  hereby stipulate as follows:

20  1.     The status hearing in this matter is currently set for Feb. 22, 2017 at 10:00 a.m.

21  2.     Counsel for the Defendant is currently engaged in jury trial in the Kern County Superior

22  Court in the case of People v. Carlos Laguna (case no. BF143983A). The jury trial in this matter

23  is expected to last until approximately Feb. 28, 2017, and the trial will be in session on Feb. 22.

24  Due to this circumstance, defense counsel is unavailable for the hearing date set by the Court in

25  this matter.  I have discussed a continuance with AUSA Angela Scott who is agreeable to a

26  continuance to March 20, 2017.

27  3.     The defense is requesting that Mr. Davison's status hearing be continued to March 20,

28  2017, at 10:00 a.m..

4.     The United States has no objection to the requested continuance and the date selected. The parties agree that the time until the sentencing hearing be excluded under the Speedy Trial Act to preserve the interests of justice under 18 U.S.C. § 3161(h)(7)(A).  Defense counsel has discussed with the Defendant the issue of excluding time and the Defendant is willing to waive/exclude time for this purpose.

**IT IS SO STIPULATED.**

DATED:  Feb. 13, 2017                                  The Law Office of Kyle J. Humphrey

By: /s/  Jared M. Thompson
Jared M. Thompson, Attorney for
Defendant, AUGUST DAVISON

DATED:  Feb. 13, 2017                                  United States Attorney's Office

By: /s/ Angela Scott
Brian Delaney
Assistant United States Attorney

## **ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the status conference in this case.  Good cause appearing, the status conference as to the above named defendant currently scheduled for February 22, 2017, is continued until March 20, 2017, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd.  The time period between February 22, 2017 and March 20, 2017 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), because based upon the representations of counsel the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial and the court so finds.

IT IS SO ORDERED.

Dated:   **February 14, 2017**                              _____
UNITED STATES DISTRICT JUDGE