PHILLIP A. TALBERT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00180-DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER REGARDING DEFENDANT'S WITHDRAWAL OF GUILTY PLEA |
| v. | |
| AUGUST DOMINIC DAVISON, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Angela Scott, and defendant, by and through defendant's counsel of record, Jared Thompson, hereby stipulate as follows:

1. On July 9, 2015, defendant was indicted for crimes related to the manufacturing and distribution of hashish oil.

2. On January 12, 2016, defendant entered into a Deferred Entry of Judgment Agreement with the government in which the government agreed to move to dismiss defendant's indictment and to refrain from opposing defendant's withdrawal of his guilty plea in this case if he satisfied the criteria set forth in the Deferred Entry of Judgment Agreement. That agreement was filed with the Court on January 14, 2016.

///

3. On February 22, 2016, defendant pleaded guilty to Count Three of the indictment – conspiracy to manufacture, possess with intent to distribute, and distribute marijuana in the form of hashish oil in violation of 21 U.S.C. § 846, 841(a)(1), (b)(1)(D). Defendant entered this plea pursuant to the plea agreement between the defendant and the government filed on January 14, 2016 and pursuant to the Deferred Entry of Judgment Agreement filed on the same date.

4. On February 14, 2017, defendant's Pretrial Services Officer confirmed that defendant had complied with all of the criteria set forth in defendant's Deferred Entry of Judgment Agreement.

5. By this stipulation, defendant now moves to withdraw the guilty plea he entered on February 22, 2016. The government does not oppose defendant's request.

IT IS SO STIPULATED.

Dated:  March 8, 2017                                PHILLIP A. TALBERT
                                                     United States Attorney

                                                     /s/ ANGELA L. SCOTT
                                                     ANGELA L. SCOTT
                                                     Assistant United States Attorney

Dated:  March 8, 2017                                /s/ per email authorization
                                                     JARED THOMPSON
                                                     Counsel for Defendant
                                                     August Dominic Davison

## **ORDER**

Pursuant to the parties' stipulation and for good cause shown, the Court hereby GRANTS defendant's request to withdraw the guilty plea defendant entered in this matter on February 22, 2016, to Count Three of the Indictment (conspiracy to manufacture, possess with intent to distribute, and distribute marijuana in the form of hashish oil in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(D)).

IT IS SO ORDERED.

Dated:   **March 8, 2017**                            _Dale A. Drozd_
                                                     UNITED STATES DISTRICT JUDGE