UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AUGUST DOMINIC DAVISON,<br><br>　　　　　Defendant. | Case No.  1:15-cr-00180-DAD-BAM<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT<br><br>(Doc. 20) |

　　　　Pursuant to the government's request under Federal Rule of Criminal Procedure 48 and the parties' Deferred Entry of Judgment Agreement filed on January 14, 2016, the Court hereby GRANTS the government's motion, the indictment in this matter is dismissed with prejudice as to defendant AUGUST DOMINIC DAVISON. Accordingly, the status conference currently set for March 20, 2017 is vacated.

IT IS SO ORDERED.

　　Dated:  **March 8, 2017**　　　　　　　　　　　*/s/ Dale A. Drozd*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE